IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Chappell, Mary H

Printed: 11/25/08

Case Number: 05 B 63613
Judge: Hollis, Pamela S
Filed: 11/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 7, 2008
Confirmed: February 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,021.25 |  |
| Secured: |  | 898.61 |
| Unsecured: |  | 5,162.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,189.00 |
| Trustee Fee: |  | 504.21 |
| Other Funds: |  | 266.74 |
| Totals: | 9,021.25 | 9,021.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,189.00 | 2,189.00 |
| 2. | Universal Lenders Inc | Secured | 898.61 | 898.61 |
| 3. | National Quick Cash | Unsecured | 345.01 | 345.01 |
| 4. | AmeriCash Loans, LLC | Unsecured | 668.91 | 668.91 |
| 5. | Check N Go | Unsecured | 745.89 | 670.50 |
| 6. | Resurgent Capital Services | Unsecured | 558.27 | 558.27 |
| 7. | ECast Settlement Corp | Unsecured | 690.89 | 690.89 |
| 8. | Loan Machine | Unsecured | 2,229.11 | 2,229.11 |
| 9. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 10. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 11. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 12. | Sun Cash Of WI | Unsecured |  | No Claim Filed |
| 13. | USA Payday Loans | Unsecured |  | No Claim Filed |
| 14. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,325.69 | $ 8,250.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 61.54 |
| 5% | 27.90 |
| 4.8% | 58.03 |
| 5.4% | 120.51 |
| 6.5% | 241.56 |
| 6.6% | (5.33) |
|  | $ 504.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chappell, Mary H | Case Number: 05 B 63613 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 11/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

